NORIEGA & ALVAREZ, DEMANDANTE Y APELANTE, *v.* THE NEW YORK AND PORTO RICO STEAMSHIP CO., DEMANDADA Y APELADA.

No. 3248.—*Visto:* Mayo 28, 1924.    *Resuelto:* Julio 11, 1924.

DESESTIMACIÓN DE APELACIÓN—RADICACIÓN DE LA MOCIÓN PARA DESESTIMAR—RADICACIÓN DEL *Transcript* ANTES DE ARCHIVARSE LA MOCIÓN.—Un apelado que pide la desestimación de la apelación porque no siendo procedente una exposición del caso debió radicarse el recurso dentro de los treinta días

siguientes a la presentación del escrito de apelación, debe hacer la petición antes de que el récord sea radicado en el Tribunal Supremo al cual debe, además, ponerse en condiciones de decidir que no era procedente una exposición del caso.

Moción del apelado para desestimar la apelación. *Sin lugar.*

*Martínez Nadal, Tormes & Colón*, y *C. del Toro Fernández*, abogados de la apelante; *O. B. Frazer* y *R. Castro Fernández*, abogados de la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

El récord de apelación en este caso fué presentado el 26 de marzo de 1924 y contiene la sentencia de la corte inferior que condena en costas al demandante, nuestras sentencias confirmándola, el memorándum de costas del demandado, la impugnación escrita que a él hizo el demandante, el convenio escrito de las partes sometiendo esa cuestión a la corte por medio de alegatos para su resolución, la decisión de la corte, y la apelación interpuesta el 28 de diciembre de 1923 con su notificación al demandado. Después sigue un pliego titulado de exposición del caso aprobado por la corte inferior que sólo contiene una breve reseña de las actuaciones antes mencionadas sin relación de pruebas, pues no las hubo.

Nos ha pedido la parte apelada que desestimemos la apelación porque no siendo procedente una exposición del caso debió ser presentada la transcripción dentro de los treinta días siguientes a la interposición de la apelación. En verdad que en este caso no era procedente una exposición del caso porque no se practicaron pruebas y el récord de la apelación debió ser presentado en el término que dice el apelado, pero como éste hizo su moción de desestimación cuando ya estaba presentado en este tribunal el récord de la apelación, aunque fuera de tiempo, no es procedente la desestimación de acuerdo con la regla 58 de nuestro Reglamento y nuestras decisiones en el caso de *Chiqués* v. *Diez, Juez Municipal*, 26 D.P.R. 217. Si la apelada quería que desestimáramos la apelación por el motivo alegado debió solicitarlo an-

tes de que el récord de apelación fuera presentado en este tribunal, pero poniéndonos en condiciones de poder decidir que no era procedente una exposición del caso, como dijimos en el de *González* v. *Comisión de Indemnizaciones a Obreros,* (pág.    ).

. *La moción de desestimación debe ser negada.*

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.